# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia ▼

FILED 21 JUL 19 AM 08:20 MDGA-COL

_____Columbus_____ Division

Tracey C. Holcombe

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Brian Kemp
Georgia Department of Labor

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
) Case No. _____
)       *(to be filled in by the Clerk's Office)*
)
)
) Jury Trial: *(check one)*  ☐ Yes  ☑ No
)
)
)
)
)
)
)
)

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Tracey C. Holcombe |
   | Street Address | c/o 1291 Carmel Drive |
   | City and County | Columbus Muscogee |
   | State and Zip Code | Georgia 31907 |
   | Telephone Number | (706) 289-8127 |
   | E-mail Address | trellsmalls@gmail.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | Brian Kemp |
| Job or Title *(if known)* | Acting Governor |
| Street Address | 391 West Paces Ferry Road |
| City and County | N.W. Atlanta Fulton |
| State and Zip Code | Georgia 30305 |
| Telephone Number | (404) 656-1776 |
| E-mail Address *(if known)* | gov.georgia.gov/contact-us |

Defendant No. 2

| | |
|---|---|
| Name | Mark Butler |
| Job or Title *(if known)* | Labor Commissioner |
| Street Address | 148 Andrew Young International Blvd. |
| City and County | N.E. Atlanta Fulton |
| State and Zip Code | Georgia 30303 |
| Telephone Number | (404) 232-7300 |
| E-mail Address *(if known)* | dol.georgia.gov/email-commissioner |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* **Tracey C. Holcombe**, is a citizen of the State of *(name)* **Georgia**.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* **Brian Kemp**, is a citizen of the State of *(name)* **Georgia**. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* **Georgia Department of Labor**, is incorporated under the laws of the State of *(name)* **Georgia**, and has its principal place of business in the State of *(name)* **Georgia**. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Tracey C. Holcombe , and the defendant, *(name)* Georgia Department of Labor , made an agreement or contract on *(date)* 02/23/2020 . The agreement or contract was *(oral or written)* Written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
Pay PUA benefits until 09/04/2021, additional weeks were added to my claim, and my BYE date is 04/16/2022.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
The defendant ended PUA benefits on 06/26/2021, however my contract is with the Georgia Department of Labor and not the acting Governor Brian Kemp. Lack of consideration for self employed workers still recovering from the pandemic.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
I would like my PUA payments reinstated until 09/04/2021, or the remaining balance paid until the official ending date.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/13/2021

Signature of Plaintiff: Tracey Holcombe *[signature]* All rights reserved
Printed Name of Plaintiff: Tracey C. Holcombe

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address