**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

TRACEY C HOLCOMBE,                     :
                                       :
              Plaintiff,               :
v.                                     :
                                       :   CASE NO. 4:21-cv-00123-CDL
Governor BRIAN KEMP,                   :
*et al.*,                              :
                                       :
              Defendants.              :
_____

<u>**ORDER**</u>

On July 19, 2021, the Court received Plaintiff's *pro se* complaint (ECF No. 1) raising breach of contract claims. Plaintiff, however, failed to pay the filing fee or submit a motion to proceed without payment of the filing fees.  Thus, before this action may proceed, Plaintiff must either pay the required $402.00 filing fee or file a motion for leave to proceed *in forma pauperis*.

Accordingly, Plaintiff is **ORDERED** to pay the filing fee or file a motion for leave to proceed *in forma pauperis* within **FOURTEEN (14) DAYS**.  The Clerk is DIRECTED to send Plaintiff the appropriate forms along with a copy of this Order.  Failure to comply with this Order may result in the dismissal of Plaintiff's action.  There shall be no service of process in this case until further order of the Court.

SO ORDERED, this 21st day of July, 2021.

s/Clay D. Land
UNITED STATES DISTRICT JUDGE