```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

| | |
|---|---|
| TRACEY C. HOLCOMBE, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:21-CV-123 (CDL) |
| BRIAN KEMP and GEORGIA DEPARTMENT OF LABOR, | * |
| | * |
| Defendants. | * |

O R D E R

Pro se Plaintiff Tracey Holcombe brought this "breach of contract" action against Georgia Governor Brian Kemp and the Georgia Department of Labor. Plaintiff alleges that he had a contract with the Georgia Department of Labor for pandemic unemployment assistance benefits. Plaintiff further alleges that Defendants breached that "contract" when Governor Kemp ended the pandemic unemployment benefits program on June 26, 2021. Defendants filed a motion to dismiss, arguing that Plaintiff's claims, which are considered claims against the State of Georgia, are barred by Eleventh Amendment immunity. Although Georgia has waived its Eleventh Amendment immunity for *ex contractu* actions and breach of contract claims, Georgia did not consent to suits in federal court. *Barnes v. Zaccari*, 669 F.3d 1295, 1308 (11th Cir. 2012) (citing Ga. Const. art. 1, § 2, para. IX(c) and O.C.G.A. § 50-21-1(a)). Rather, Georgia has

only consented to suits in its own courts "without consenting to suit in federal court." *Id.* Georgia did not voluntarily invoke this Court's jurisdiction; instead, it raised the Eleventh Amendment in its motion to dismiss. Because Georgia did not waive its Eleventh Amendment immunity, the Court lacks jurisdiction over Plaintiff's claims. Defendants' motion to dismiss (ECF No. 12) is therefore granted.

The Court lacks jurisdiction for an additional, independent reason. Plaintiff's basis for jurisdiction is diversity jurisdiction under 28 U.S.C. § 1332. That statute only provides this Court with jurisdiction over actions between "citizens of different States." 28 U.S.C. § 1332(a)(1). Plaintiff and Defendants are all Georgia citizens. Accordingly, complete diversity does not exist, and the action must be dismissed for that reason, as well.

IT IS SO ORDERED, this 15th day of November, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA