IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| TRACEY C. HOLCOMBE, | * |
| Plaintiff, | * |
| v. | Case No. 4:21-cv-123 (CDL) |
| | * |
| Governor BRAN KEMP and | |
| GEORGIA DEPARTMENT OF LABOR, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 15th day of November 2021.

David W. Bunt, Clerk

s/ Timothy L. Frost, Deputy Clerk